# IN THE DISTRICT COURT OF COLORADO

08/15/20.

SAUDI ROYAL PLANT ATTORNEY a/k/a
JOYCE ELLEN ROSENDAHL
THANK TO THE SAUDI SNITCHS
RAMZI YUSUF and SAUDI MOHAMED
ORWALI a/k/a CIA/SAUDI Now
Confidential Informant and Collabora
tors, Once a Wannebe Suicide in Kenya Embassy

Plaintiff: Zacarias Moussaoui

Defendant: The Joyce Ellen Rosendahl

Complain. Joyce Ellen Rosendahl Obstruction of Justice in The 9/11 Victims Families in New York case of DJ Daniel To Stop

MY, ZACARIAS MOUSSAOUI, AGAINST THE SAUDI/CIA STRIKE OF 9/11 in NY And PENTAGONE TESTIMONY

I, Zacarias Moussaoui, Petition this District Court of Colorado To Order Joyce Ellen to Rosendahl To Testify in Open Court about "Attorney" Joyce Ellen Rosendahl Refusing to file, To inform DJ Daniel in NY of Zacarias Moussaoui desire to Testify Against Saudi Royal Prince Al Qaeda 9/11 Co Conspirators like Saudi Prince Turki Al Faisal Al Saud. Saudi Princesse Haifa Al Faisal Al Saud

Saudi Prince Naif bin Abdelaziz Al Saud

Saudi Prince Walide bin Talal Al Saud

Saudi Prince Bindar bin Sultan Al Saud

Saudi American Bank

National Comenercial Bank of Saudi Arabia

Saudi Al Haramain Islamic Foundation

Saudi Joint Relief Committee

Saudi High Commission

I, Zacarias Moussaoui Petition this

District Court of Colorado To Order a

~~Attorney~~ To Testify in Open Court

Joyce Ellen Rosendahl About

Refusing To inform District Judge

Leonie M. Brinkema of Zacarias Moussaoui to testify against CIA/Saudi 9/11 Attack.

I, Zacarias Moussaoui, Petition this District Court of Colorado to Order "Attorney" Joyce Ellen Rosendahl to Produce All communications, letters, documents received or sent to Zacarias Moussaoui by her, Joyce Ellen Rosendahl.

I, Zacarias Moussaoui, Petition this Colorado Court to Order Ramzi Yusuf, Mohamed Onwati a/k/a Abu Rachid, Omar Farouk Al Multalib and ~~Kunce~~ MOHAMED JABARRA

Mohamed Salama, Abu Halima To Testify on the Obstruction of Justice by Joyce Ellen Rosendahl

I, Zacarias Moussaoui, Petition this Colorado To Surrender Copy of the letter that Zacarias Moussaoui sent To the Court of District Judge Shon T Erwin of the District Court Western District of Oklahoma. which was from "Attorney" Joyce Ellen Rosendahl on Explicitely refuse to contact DJ Brinkema, to put Moussaoui in contact with an Attorney willing to do what she refused, contact a DJ.

I, Zacarias Moussaoui, Petition this Colorado Court To Order to Testify the 9/11 Victims Famillies Attorney who deposeion Order of D J Daniel of N.Y. in Supermax, ADX. Attorneys, Sean Carter of Cozen O'Connors Andrew Maloney of Kreindler & Kreindler Robert Haefele of Motley Rice Evan Kohlman for Motley Rice Jerry Goldman

And to Order to Testify Deputy Commissioner of Intelligence and Counter Terrorism of the New York Police Department John Miller.

May He please this Colorado District Court To Grant Me these Petitions to Prove that ~~Joyce~~ Joyce Ellen Rosendahl is currently engaged in

4

Obstruction of Justice.

Joyce Ellen Rosendahl with Ramzi Yosof, Mohamed Orwali (US Embassy Bombing), (CIA/SAUDI Snitchs) Omar Farouk Al Muttalib (CIA/Saudi Snitch), Mohamed Jabarra (CIA/Saudi Snitch) Mohamed (CIA/Saudi Snitch) Try to stop me to Testify Against the Saudi Royal Families for being AL Qaeda 9/11 Co Conspirators.

Slave of ALLAH
Zacarias Moussaoui