CM-20-5142705U-0818-MO-073

Name: MOUSSAOUI
Reg. No: 51427-054
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

Office of the Clerk
US District Court, Alfred A Arraj Courthouse
901 19TH ST Room A 105
Denver CO 80294-3589

