PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Llewellyn Johnson                                    Cr.: 07-00255-02
                                                                       PACTS #: 47884

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: September 16, 2008

Original Offense: Tampering with Witness, Victim, or an Informant and Unlawful Possession of a Weapon

Original Sentence: 46 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 5/25/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution obligation |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office. The Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office have been informed of expiration and instruction to continue payments.

Respectfully submitted,

By: Maureen Kelly
    Digitally signed by Maureen Kelly
    DN: cn=Maureen Kelly, o, ou=Supervising
    U.S. Probation Officer,
    email=Maureen_Kelly@NJP.uscourts.gov,
    c=US
    Date: 2013.04.15 16:53:14 -04'00'

U.S. Probation Officer
Date: 4/15/13

*The Court orders that probation:*

[✓] Allow supervision to expire with outstanding restitution
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

17 Cyp 2013
Date